## 27335. MOORE *v.* THE STATE.

MacIntyre, J. 1. "Presence of the defendant at a still in actual operation and producing whisky; his flight upon being discovered thereat, together with evidence that he was 'toting wood' and firing the furnace, are amply sufficient to support a conviction of manufacturing liquor." *Moore* v. *State*, 49 *Ga. App.* 341 (175 S. E. 401).

2. Under the ruling just quoted, the evidence amply supported a conviction of manufacturing liquor, and the court did not err in overruling the motion for new trial based on the usual general grounds only.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED FEBRUARY 16, 1939.

*J. A. Mitchell,* for plaintiff in error.

*J. Cecil Davis, solicitor-general,* contra.